October 09, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## AFFIDAVIT OF SERVICE

BY: _____ CC

DEPUTY

| Case:<br>CASE NO.<br>1:2024cv01076 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>WESTERN DISTRICT OF TEXAS AUSTIN DIVISION | County: | Job:<br>11907617 |
|---|---|---|---|

| Plaintiff / Petitioner:<br>JUSTIN X. HALE | Defendant / Respondent:<br>JAMIE MCGREGOR, DIRECTOR OF § TRAINING & EDUCATION USA<br>RUGBY § AND § USA RUGBY |
|---|---|

| Received by:<br>Northstar Process Servers<br>Date:Oct 1, 2024 | For:<br>JUSTIN X. HALE |
|---|---|

| To be served upon:<br>501 West Fifth Street, Suite 1100 Austin, Texas 78701 |
|---|

I, Elizabeth Pollack Northstar Process Servers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** 501 West Fifth Street, Suite 1100 Austin, Texas 78701, 501 South Cherry Street 100, Glendale, CO 80246

**Manner of Service:** Business, Oct 1, 2024, 4:30 pm MDT

**Documents:** PLAINTIFF'S AMENDED COMPLAINT,(Exhibit A) Official CRRA Invite,(Exhibit B) Phone Call Transcript,(Exhibit C) Email to David Wilkerson, MLR,(Exhibit D) Email to Nick Riccono and Phone call log,

**Service Information:**
1) Unsuccessful Attempt: Sep 24, 2024, 10:49 am MDT at 2655 Crescent Drive, Lafayette, CO 80026
I ATTEMPTED SERVICE UPON JAMIE MCGREGOR USA RUGBY AT 2655 CRESCENT DRIVE, LAFAYETTE CO 80026. USA RUGBY NO LONGER HAS A OFFICE IN THIE LOCATION

2) Unsuccessful Attempt: Sep 26, 2024, 3:50 pm MDT at 501 South Cherry Street 100, Glendale, CO 80246
I attempted service upon Jamie Mcgregor Of USA Rugby. The office was closed and all lights were off . Office is all glass and is in front view of the 1st floor lobby.

3) Successful Attempt: Oct 1, 2024, 4:30 pm MDT at 501 South Cherry Street 100, Glendale, CO 80246 received by 501 West Fifth Street, Suite 1100 Austin, Texas 78701.
10/1 4:30 I executed service upon Jamie McGregor /USA Rugby at 501 south cherry street suite 100 Glendale Colorado 80246. Calden Kahill , Head of Marketing and Communications for USA Rugby accepted the paperwork. Mr. Kahill is 6'2 Male, salt and pepper beard, 180 lbs. Hair color was hard to determine due to a USA Rugby baseball cap.

I declare under penalties of perjury that the information
contained herein is correct and to the best of my knowledge

_[signature]_

_____    10/01/2024

Elizabeth Pollack Northstar Process    **Date**
Servers

Northstar Process Servers
PO Box 9075
Denver, CO 80209
303-903-3528