**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JUSTIN X. HALE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 1:24-cv-01076-RP |
| JAMIE MCGREGOR, AND USA RUGBY, | § § § § | |
| *Defendants.* | § § | |

**DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE**
**OUT OF TIME RESPONSIVE PLEADINGS TO**
**PLAINTIFF'S AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants, JAMIE MCGREGOR ("McGregor") and USA RUGBY ("USAR") (collectively the "Defendants"), who files this Agreed Motion for Leave to File Out of Time Responsive Pleadings to Plaintiff's Amended Complaint("Motion"), pursuant to FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(B) due to excusable neglect, and would show the Court as follows:

1.     This case involves allegations by Plaintiff of employment and contractual torts against Defendants.

2.     Plaintiff filed his Original Complaint for the instant action with this Court on September 11, 2024.

3.     Plaintiff filed his Amended Complaint with this Court on September 16, 2024.

4.     Defendants secured representation via Defendants' counsel on October 4, 2024.

5.     Defendants' counsel were provided as part of their initial case file a copy of

Plaintiff's Amended Complaint, but not the accompanying proof of service or a file-stamped copy from which to calculate the Responsive Pleadings deadline.

6. Defendant's Answer was due on October 22, 2024.

7. Defendant's counsel was traveling for work taking deposition the week of October 21, 2024.

8. On October 29, 2024, Defendants' counsel confirmed via PACER that the filing deadline was October 22, 2024 Answer.

9. When Defendants' counsel realized the filing date, on October 29, 2024, he immediately contacted Plaintiff to confer and secure an extension. All parties agreed to extend Defendants' Answer deadline to November 4, 2024. See Ex. A.

9. Defendants have acted swiftly to file this Motion for Leave to File Responsive Pleadings Out of Time as soon as they conferenced with Plaintiff to confirm the agreed upon extension.

10. This Motion would not prejudice Plaintiff as he has been consulted on it and agreed to the terms requested.

WHEREFORE, Defendants request that this Court grant this Motion pursuant to its discretion to accept out of time responses to a pleading for excusable neglect under Fed. R. Civ. P. 6(b)(1), and accept the Parties agreed November 4, 2024, filing deadline agreement for Defendants' Answers.

Date: October 30, 2024                    Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Philip Robert Brinson*
        Philip Robert Brinson
        State Bar No. 00787139
        TransWestern Tower
        1900 West Loop South, Suite 1000
        Houston, Texas 77027
        (713) 961-3366
        prbrinson@grsm.com

**ATTORNEY FOR DEFENDANTS,
JAMIE MCGREGOR, AND USA RUGBY**

## CERTIFICATE OF SERVICE

I certify that on October 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and mailed a copy of the foregoing to:

Justin X. Hale
107 Grapefruit Rd.
(979) 703-0894
justinxhale@gmail.com

                        */s/ Philip Robert Brinson*
                        Philip Robert Brinson