# EXHIBIT A

| | |
|---|---|
| **From:** | Justin <justinxhale@gmail.com> |
| **Sent:** | Tuesday, October 29, 2024 4:03 PM |
| **To:** | Philip Brinson |
| **Cc:** | Michael Hawke; Gloria Flores |
| **Subject:** | Re: Case No.: 1:2024cv01076; Justin X. Hale v. Jamie McGregor, et al. - |

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Dear Mr. Brinson,

I hope this message finds you well. Following our recent conversation, I am writing to formally acknowledge and agree to your request for an extension. As a professional courtesy, I am willing to grant an extension for your response to the complaint until Monday, November 4, 2024. Please confirm that this revised deadline is acceptable for you.

Best regards,

On Tue, Oct 29, 2024 at 11:35 AM Philip Brinson <prbrinson@grsm.com> wrote:

> Mr. Hale,
>
> My firm has been recently retained to represent the Defendants, Jamie McGregor and USA Rugby, in the above referenced matter.  I would appreciate a call to discuss this case at your earliest convenience.  You can reach me at: 713 490-4834 or my cell at: 713 562 6037.  I look forward to hearing from you.
>
> Philip
>
> ---
>
> **PHILIP ROBERT BRINSON\*†**  | Partner
>
> GRSM50
> GORDON REES SCULLY MANSUKHANI
> YOUR 50 STATE LAW FIRM™
>
> **Mobile**
>
> Worldwide:   (713) 562-6037

**Direct Line**

Houston:     (713) 490-4834

Nashville:    (615) 772-9011

Los Angeles[†]:  (213) 270-7849

**Mailing Address**

TransWestern Tower

1900 West Loop South
Suite 1000
Houston, Texas 77027

**prbrinson@grsm.com**
**vCard | Bio**

www.grsm.com

*Licensed in Texas and Tennessee

[†]Not licensed to practice in California

Please consider the environment before printing this email.

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

--
Cheers,

Justin X. Hale
(979) 703-0894 - Text Welcomed