**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| JUSTIN X. HALE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 1:24-cv-01076-RP |
| JAMIE MCGREGOR, AND USA RUGBY, | § § § § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' AGREED MOTION TO FILE OUT OF TIME RESPONSIVE PLEADINGS TO PLAINTIFF'S AMENDED COMPLAINT

This matter is before the Court on the Defendants, JAMIE MCGREGOR ("McGregor") and USA RUGBY ("USAR") (collectively the "Defendants") Agreed Motion to File Out of Time Responsive Pleadings to Plaintiff's Amended Complaint ("Motion"), pursuant to FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(B), Plaintiff, JUSTIN X. HALE's ("Plaintiff") Amended Complaint

The Court, having reviewed the Motion and/or replies of counsel, now finds that Defendants' Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Defendants' Agreed Motion is **GRANTED**, and (1) the Answer deadline for Defendants will be resent to November 4, 2024, and (2) Defendants will be granted leave to file their Responsive Pleadings without penalty by the November 4, 2024 deadline.

UNITED STATES DISTRICT
COURT JUDGE