**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JUSTIN X. HALE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 1:24-cv-01076-RP |
| JAMIE MCGREGOR, AND USA RUGBY, | § § § § § | |
| *Defendants.* | § | § |

## [PROPOSED] ORDER GRANTING DEFENDANT JAMIE MCGREGOR'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

This matter is before the Court on the Defendant, JAMIE MCGREGOR ("McGregor's") Motion to Dismiss ("Motion"), pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), Plaintiff, JUSTIN X. HALE's ("Plaintiff") Amended Complaint, for failure to state a claim upon which relief may be granted, based on deficiencies in Plaintiff's live pleading.

The Court, having reviewed the Motion and/or replies of counsel, now finds that McGregor's Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that McGregor's Motion is **GRANTED**, and Plaintiff's claims against McGregor for: (1) tortious interference, (2) retaliation, (3) defamation, (4) breach of contract, (5) violation of the TED STEVENS ACT, (6) discriminatory treatment, (7) intentional infliction of emotional distress, and (8) disparate treatment are **DISMISSED WITH PREJUDICE** to the re-filing of same.

_____
UNITED STATES DISTRICT
COURT JUDGE