IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUSTIN X. HALE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-1076-RP |
| | § | |
| JAMIE MCGREGOR and | § | |
| USA RUGBY CORPORATION, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Justin X. Hale ("Plaintiff") filed his original complaint in this case on September 11, 2024. (Dkt. 1). Plaintiff then filed his first amended complaint nine days later. (Dkt. 3). Defendants Jamie McGregor and USA Rugby Corporation (collectively, "Defendants") filed motions to dismiss the first amended complaint, (Dkts. 6, 7), and answers, (Dkts. 8, 9), on November 4, 2024. Plaintiff has not filed responses to the motions to dismiss, and both motions remain pending. Instead, on November 24, 2024, Plaintiff filed a second amended complaint without seeking leave of Court. There is also no indication that he filed his second amended complaint with consent of Defendants.

Federal Rule of Civil Procedure 15 states: "A party may amend its pleading once as a matter of course," but "[i]n all other cases, a party must obtain the opposing party's written consent or the court's leave to file an amended pleading." Fed. R. Civ. P. 15(a). Because Plaintiff has already filed one amended complaint "as a matter of course," he needed to receive either Defendants' consent or the Court's permission to file his second amended complaint. Because he did not do either, the second amended complaint is improperly filed and must be stricken.

Plaintiff may request the Court's permission to file his second amended complaint by filing a motion for leave and attaching his proposed second amended complaint as an exhibit to that motion. *See* W.D. Tex. Loc. R. CV-7(b). Plaintiff must also file responses to Defendants' pending

motions to dismiss. If Plaintiff fails to file responses to the motions to dismiss, this Court may grant them as unopposed. *See* W.D. Tex. Loc. R. CV-7(d)(2).

Accordingly, **IT IS ORDERED** that the Clerk of Court shall **STRIKE** Plaintiff's second amended complaint, (Dkt. 10).

**IT IS FURTHER ORDERED** that Plaintiff shall file responses to Defendants' motions to dismiss on or before **January 7, 2025**.

**SIGNED** on December 10, 2024.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE