**FILED**

December 31, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CC _____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUSTIN X. HALE** | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | **CASE NO. 1:2024cv01076** |
| | § | |
| **JAMIE MCGREGOR, DIRECTOR OF** | § | |
| **TRAINING & EDUCATION USA RUGBY** | § | |
| **AND** | § | |
| **USA RUGBY** | § | |
| *Defendants.* | § | |

---

**NOTICE OF CHANGE OF ADDRESS**

---

Comes now, Plaintiff Justin X. Hale, proceeding pro se, and respectfully notifies the Court and all parties of the following change of address:

New Address:

2904 Sprouted Grain

Seguin, TX 78155

Plaintiff requests that all future correspondence, notices, and filings be sent to the updated address.

Dated: December 30, 2024

Respectfully submitted,

*/s/ Justin X. Hale*

Justin X. Hale

2904 Sprouted Grain

Seguin, TX

(979) 703-0894

## CERTIFICATE OF SERVICE

I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the Electronic Submission For Pro Se Filers, and mailed a copy of the foregoing on December 31, 2024 to:

Philip Robert Brinson
1900 West Loop South, Suite 1000
Houston, Texas 77027
prbrinson@grsm.com

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com
