**FILED**

December 31, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____  CC

DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUSTIN X. HALE** | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | **CASE NO. 1:2024cv01076** |
| | § | |
| **JAMIE MCGREGOR, DIRECTOR OF** | § | |
| **TRAINING & EDUCATION USA RUGBY** | § | |
| **AND** | § | |
| **USA RUGBY** | § | |
| *Defendants.* | § | |

---

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff Justin X. Hale, proceeding *pro se*, respectfully requests leave to file a Second Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed the original complaint on September 11, 2024.

2. Plaintiff filed the first amended complaint on September 20, 2024, as a matter of course under Rule 15(a).

3. Plaintiff filed the second amended complaint on November 24, 2024, without the Court's leave or consent from Defendants.

4. The Court struck the second amended complaint on December 10, 2024, noting the procedural requirements under Rule 15(a).

5. The proposed Second Amended Complaint is intended to address issues raised in the Defendants' motions to dismiss, clarify factual allegations, and bolster the legal claims so that the case proceeds on its merits.

6. The Second Amended Complaint addresses the pleading deficiencies raised by Defendant USA Rugby, particularly regarding the specificity of the alleged contracts, the details of USA Rugby's actions, and the factual basis for the claims of discrimination and retaliation.

7. The Second Amended Complaint provides a more detailed account of the Plaintiff's contractual relationships with USA Rugby, clarifies the timeline and nature of the alleged discriminatory and retaliatory actions, and includes additional factual support for the claims.

8. The Plaintiff acknowledges Defendant USA Rugby's argument regarding preemption under the Ted Stevens Act and will address this issue in a separate response to the Defendant's motion to dismiss.

9. Granting leave to amend will serve the interests of justice by ensuring that all claims are fully and fairly presented, promoting judicial efficiency and addressing Defendants' concerns.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint.

Dated: December 31, 2024

Respectfully submitted,

*/s/ Justin X. Hale*

Justin X. Hale

2904 Sprouted Grain

Seguin, TX

(979) 703-0894

justinxhale@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to Rule CV-7(g) of the Local Rules for the Western District of Texas, I certify that I attempted to confer in good faith with counsel for Defendants, Philip Brinson, regarding Plaintiff's Motion for Leave to File a Second Amended Complaint.

On December 30, 2024, I left a voicemail for Mr. Brinson and subsequently exchanged emails regarding this matter. While Mr. Brinson expressed reluctance to agree to the motion, citing his interpretation of the Court's recent order, he did not state that he opposed the motion.

Dated: December 31, 2024

Respectfully submitted,

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the Electronic Submission For Pro Se Filers, and mailed a copy of the foregoing on December 31, 2024 to:

Philip Robert Brinson

1900 West Loop South, Suite 1000

Houston, Texas 77027

prbrinson@grsm.com

Date: December 31, 2024

/s/ Justin X. Hale

Justin X. Hale

2904 Sprouted Grain

Seguin, TX

(979) 703-0894

justinxhale@gmail.com

# EXHIBIT A

 **Gmail**                                                                  **Justin <justinxhale@gmail.com>**

## Follow-Up: Conferencing on Motion for Leave to File Second Amended Complaint
3 messages

---

**Justin X. Hale** <justinxhale@gmail.com>                          Mon, Dec 30, 2024 at 4:29 PM
To: Philip Brinson <prbrinson@grsm.com>

Dear Mr. Brinson,

I hope this message finds you well. I tried calling your cell phone, but it wouldn't connect (my issue not yours), so I called your office. I left you a voicemail regarding my Motion for Leave to File a Second Amended Complaint. It addresses issues raised in the motions to dismiss and clarifies some of the claims.

The motion seeks permission to file a revised version of my complaint, addressing issues raised in the motions to dismiss and clarifying certain claims.

Please let me know your position at your earliest convenience, ideally within the next two days, as I plan to file soon. If you have any questions or need further information, don't hesitate to reach out.

Thank you for your time and attention.

Best regards,
Justin Hale
Pro Se Plaintiff
(979) 703-0894

---

**Philip Brinson** <prbrinson@grsm.com>                             Mon, Dec 30, 2024 at 9:52 PM
To: "Justin X. Hale" <justinxhale@gmail.com>
Cc: Michael Hawke <mhawke@grsm.com>

Justin,

Apologies for not getting back to you sooner, but I was in a hearing that last most of the day, and just got back in front of my computer.  Our position is that if you would like to address any issues with your pleading, based upon the Court's recent Order, the Court has instructed you to do so in a Reply to our clients' 12(b)(6) Motion.  I am reluctant to enter into an agreement circumvent the Court's expressed instructions on the matter.

Philip

---

**PHILIP ROBERT BRINSON\*†**   I Partner

**Mobile**

Worldwide:     (713) 562-6037

**Direct Line**

Houston:         (713) 490-4834

Nashville:       (615) 772-9011

Los Angeles†:    (213) 270-7849

**Mailing Address**

TransWestern Tower

1900 West Loop South
Suite 1000
Houston, Texas 77027

**prbrinson@grsm.com**

**vCard**  I **Bio**

www.grsm.com

*Licensed in Texas and Tennessee

†Not licensed to practice in California

Please consider the environment before printing this email.

[Quoted text hidden]

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
**http://www.grsm.com**

---

**Justin X. Hale** <justinxhale@gmail.com>                              Tue, Dec 31, 2024 at 11:59 AM
To: Philip Brinson <prbrinson@grsm.com>
Cc: Michael Hawke <mhawke@grsm.com>

Good afternoon Phlip,

No worries at all, it was a timely response. I appreciate that you took the time to explain your position. I believe, however, that my Motion for Leave to File a Second Amended Complaint is proper under Judge Pitman's recent order because their order explicitly gives me the opportunity to seek leave to amend my complaint and, otherwise, is fully consonant with Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Although I am aware of your view concerning what the order means, I respectfully believe that amendment of the complaint is the more expeditious way to deal with the issues raised in the motions to dismiss, and to enable this Court and the parties to focus on a more clarified and streamlined pleading. In addition, I will also be filing responses to the pending motions to dismiss in accordance with the judge's order.

I will be indicating in my filing that we conferred and that you were reluctant to agree to the motion but are not opposed. Please do not hesitate to contact me if you have further concerns. Thank you and happy holidays.

Best regards,
Justin Hale
*Pro Se* Plaintiff
(979) 703-0894

[Quoted text hidden]