**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUSTIN X. HALE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **A-24-CV-1076-RP** |
| **JAMIE MCGREGOR and USA RUGBY** | § | |
| **CORPORATION,** | § | |
| **Defendants.** | § | |

### ORDER

Both Defendants filed separate Motions to Dismiss and Answers in this case on November 4, 2024. Dkts. 6, 7, 8, 9. Contrary to this court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's latest form on or before **January 24, 2025.**

SIGNED on January 10, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE