**FILED**

January 24, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_

DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUSTIN X. HALE** | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | **CASE NO. <u>1:2024cv01076</u>** |
| | § | |
| **JAMIE MCGREGOR, DIRECTOR OF** | § | |
| **TRAINING & EDUCATION USA RUGBY** | § | |
| **AND** | § | |
| **USA RUGBY** | § | |
| *Defendants*. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANTS' REPLIES TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTIONS TO DISMISS**

Plaintiff Justin X. Hale, proceeding pro se, respectfully moves this Court for leave to file a Sur-Reply to Defendants Jamie McGregor and USA Rugby's Replies (Documents 19 and 20) in support of their respective Motions to Dismiss. In support of this motion, Plaintiff states as follows:

1. **Defendants Raised New Arguments in Their Replies:**

   Defendants' Replies (Docs. 19 and 20) introduce new arguments and mischaracterizations of both Plaintiff's claims and the law, particularly regarding preemption under the Ted Stevens Act. Plaintiff seeks leave to address these arguments to ensure a complete and fair presentation of the issues before the Court.

2. **The Importance of Clarifying Key Issues:**

Defendants rely heavily on misinterpretations of the Ted Stevens Act and unsupported claims about Plaintiff's failure to exhaust administrative remedies. Plaintiff's proposed Sur-Reply will clarify the applicability of the Ted Stevens Act and address Defendants' failure to provide any evidence of internal policies or procedures within USA Rugby to support their arguments.

3. **Judicial Efficiency:**

Allowing Plaintiff to file a Sur-Reply will streamline the Court's review of these matters by addressing the Defendants' arguments comprehensively. This will reduce the likelihood of piecemeal litigation and ensure that the Court has all relevant information to make an informed decision.

4. **No Prejudice to Defendants:**

Granting this motion will not prejudice Defendants. Plaintiff's Sur-Reply is narrowly tailored to address the arguments and mischaracterizations introduced in Defendants' Replies, and no additional delay will result from its filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File a Sur-Reply to Documents 19 and 20.

Dated: January 24, 2025

Respectfully submitted,

_/s/ Justin X. Hale_
Justin X. Hale

2904 Sprouted Grain

Seguin, TX

(979) 703-0894

justinxhale@gmail.com

# <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Rule CV-7(g) of the Local Rules for the Western District of Texas, I certify that I attempted to confer in good faith with counsel for Defendants, Michael Hawke and Philip Brinson, regarding Plaintiff's Motion for Leave to File a Sur-Reply.

On January 24, 2025, during a phone call with Mr. Michael Hawke, I informed him of my intention to file this motion. Mr. Hawke informed me the Defendants oppose the motion.

Dated: January 24, 205

Respectfully submitted,

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the Electronic Submission For Pro Se Filers, and e-mailed a copy of the foregoing on December 31, 2024 to:

Philip Robert Brinson
1900 West Loop South, Suite 1000
Houston, Texas 77027
prbrinson@grsm.com

Date: December 31, 2024

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com
