## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| JUSTIN X. HALE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 1:24-cv-01076-RP |
| JAMIE MCGREGOR, AND USA RUGBY, | § § § § | |
| *Defendants.* | § § | |

## NOTICE CONCERNING REFERENCE TO
## <u>UNITED STATES MAGISTRATE JUDGE</u>

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rules of Civil Procedure

73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party: Jamie McGregor

through counsel: Philip Robert Brinson

    \_\_\_ consents to have a United States Magistrate Judge preside over the trial in this case.

    <u>X</u>  declines to consent to trial before a United States Magistrate Judge.

            Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Philip Robert Brinson*
  Philip Robert Brinson
  State Bar No. 00787139
  Federal Bar No. 00787139
  TransWestern Tower
  1900 West Loop South, Suite 1000
  Houston, Texas 77027
  (713) 490-4834 – Telephone
  (713) 961-3938 – Facsimile
  prbrinson@grsm.com

**ATTORNEY FOR DEFENDANTS,**
**JAMIE MCGREGOR AND**
**USA RUGBY**