**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JUSTIN X. HALE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 1:24-cv-01076-RP |
| | § | |
| JAMIE MCGREGOR, AND | § | |
| USA RUGBY, | § § | |
| *Defendants.* | § § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rules of Civil Procedure

73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party: USA Rugby

through counsel: Philip Robert Brinson

_____ consents to have a United States Magistrate Judge preside over the trial in this case.

 X_ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Philip Robert Brinson*
      Philip Robert Brinson
      State Bar No. 00787139
      Federal Bar No. 00787139
      TransWestern Tower
      1900 West Loop South, Suite 1000
      Houston, Texas 77027
      (713) 490-4834 – Telephone
      (713) 961-3938 – Facsimile
      prbrinson@grsm.com

**ATTORNEY FOR DEFENDANTS,
JAMIE MCGREGOR AND
USA RUGBY**