**FILED**

February 26, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw

DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | § | |
|---|---|---|
| JUSTIN X. HALE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | CASE NO. 1:24-cv-01076-RP |
| V. | § | |
| | § | |
| JAMIE MCGREGOR, AND | § | |
| USA RUGBY, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

AGREED SCHEDULING ORDER

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 16, the following Agreed Scheduling

Order is issued by the Court:

1.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be

filed on or before June 1, 2025.

2.      The parties asserting claims for relief shall submit a written offer of settlement to opposing

parties on or before April 15, 2025, and each opposing part shall respond, in writing, on or before

April 22, 2025. All offers of settlement are to be private, not filed. The parties are ordered to retain

the written offers of settlement and responses so the Court may use them in assessing attorney's

fees and costs at the conclusion of the trial.

3.      Each party shall complete and file the attached "Notice Concerning Reference to United

States Magistrate Judge" on or before February 28, 2025.

4.      The parties shall file all motions to amend or supplement pleadings or to join additional

parties on or before July 11, 2025.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FEDERAL RULES OF CIVIL PROCEDURE 26(a)(2)(B) on or before August 15, 2025. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FEDERAL RULES OF CIVIL PROCEDURE 26(a)(2)(B) on or before September 12, 2025. All parties shall file all designations of rebuttal experts and serve on all parties the material required by FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing counsel.

6. An objection to the reliability of an expert's proposed testimony under FEDERAL RULES OF CIVIL PROCEDURE 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before October 3, 2025.

8. All dispositive motions shall be file on or before November 3, 2025, and shall be limited to 20 pages. Responses shall be filed and served on all other parties no later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties no later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one attorney who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult LOCAL RULE CV-16(e)

regarding matters to be filed in advanced of the final pretrial conference. **The parties shall not complete the following paragraph. It will be complete by the Court at the initial pretrial conference to be scheduled by the Court.**

10.     This case is set for _____BENCH_____ trail commencing at 9:00 am on _____March 9_____. 20 26__.

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motions deadline and the trial date. Those dates are firm. The Court may impose sanctions under FEDERAL RULES OF CIVIL PROCEDURE 16(f) if the parties do not make timely submissions under this Order. For cases brought pursuant to the FREEDOM OF INFORMATION ACT (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

SIGNED on _____February 26_____, 20_25___.

_____
ROBERT PTIMAN
UNITED STATES DISTRICT JUDGE