**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUSTIN X. HALE,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **JAMIE MCGREGOR and USA RUGBY** | § | **A-24-CV-1076-RP** |
| **CORPORATION,** | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Before the undersigned are the related cases *Hale v. McGregor et al* (1:24-cv-1076-RP); *Micheletti v. McGregor et al* (1:25-cv-245-RP); and *National Collegiate Rugby Inc. v. McGregor et al* (1:25-cv-269-RP).[1]

Plaintiffs Christopher Micheletti and National Collegiate Rugby Inc. have each moved, in their respective cases, to consolidate their cases with Justin Hale's case. *See* 1:25-cv-245-RP, Dkt. 3; 1:25-cv-269-RP, Dkt. 4. Therefore, the undersigned now **ORDERS** both parties in the present action to file a statement describing why they are or are not opposed to the consolidation of these three cases into 1:24-cv-1076-RP. The court further **ORDERS** the Parties to make the above filings on or before **April 25, 2025**.

SIGNED April 10, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] United States District Judge Robert Pitman referred motions in these cases to the undersigned for disposition or report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Orders dated Apr. 9, 2025.

1