FILED

April 24, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JUSTIN X. HALE** | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | **CASE NO. 1:2024cv01076** |
| | § | |
| **JAMIE MCGREGOR, DIRECTOR OF** | § | |
| **TRAINING & EDUCATION USA RUGBY** | § | |
| **AND** | § | |
| **USA RUGBY** | § | |
| *Defendants.* | § | |

## PLAINTIFF'S STATEMENT IN SUPPORT OF CONSOLIDATION

To the Honorable United States Magistrate Judge Mark Lane,

Pursuant to the Court's Order dated April 10, 2025, in Hale v. McGregor, et al., Case No. 1:24-cv-01076-RP, Plaintiff Justin X. Hale hereby submits this statement indicating his support for the consolidation of this action with Christopher Chopra Micheletti v. Jamie McGregor and USA Rugby, Case No. 1:25-cv-00245-RP, and National Collegiate Rugby Inc. v. Jamie McGregor, individually and as Director of Training & Education for USA Rugby, and United States of America Rugby Football Union, Ltd, doing business as USA Rugby, Case No. 1:25-cv-269-RP.

Plaintiff supports the consolidation of these cases for the following reasons:

- **Common Defendants**: All three cases name Jamie McGregor and USA Rugby as defendants.

- **Common Questions of Law and Fact**: As noted in the Court's Order granting the consolidation of National Collegiate Rugby Inc. with the Hale case (Case No. 1:25-cv-269-RP, Dkt. 4 in that case, referenced in Document 148 and 149), "the cases involve the same questions of law and fact". Plaintiff believes that his case and the Micheletti case also share common questions of law and fact related to the actions and conduct of the named defendants. All three complaints appear to arise from actions or decisions made by Jamie McGregor in his capacity with USA Rugby.

- **Judicial Efficiency and Avoidance of Duplicative Costs**: Consolidating these cases would promote judicial efficiency by allowing the Court to address related factual and legal issues in a single proceeding. This would also avoid unnecessary costs and delays for all parties involved.

- **No Prejudice to the Parties**: Plaintiff does not believe that consolidation would prejudice the rights of any party involved.

In light of the common defendants and the shared questions of law and fact, as acknowledged by the Court in the NCR consolidation order, Plaintiff Justin X. Hale respectfully requests that the Court proceed with the consolidation of Case No. 1:24-cv-1076-RP, Case No. 1:25-cv-00245-RP, and Case No. 1:25-cv-269-RP, with Case No. 1:24-cv-1076-RP serving as the lead case, as indicated in the Order regarding the NCR case.

Dated: April 24, 2025

Respectfully submitted,

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the Electronic Submission For Pro Se Filers, and e-mailed a copy of the foregoing on April 2, 2025 to:

Philip Robert Brinson
1900 West Loop South, Suite 1000
Houston, Texas 77027
prbrinson@grsm.com

Date: April 24, 2025

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com