7021 2720 0002 1466 7450

## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____

Postmark
Here

Po

$

To

$

Se



Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155

24cv1076 R&R #32

*City, State, ZIP+4®*

**PS Form 3800, April 2015** PSN 7530-02-000-9047       See Reverse for Instructions