| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* \| C. Date of Delivery |

1. Article Addressed to:

Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155

24cv1076 R&R #32

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 8245 3094 8626 34

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7021 2720 0002 1466 7450

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

SAN ANTONIO TX 780

3 JUL 2025 PM 3 L

9590 9402 8245 3094 8626 34

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

**RECEIVED**

• Sender: Please print your name, address, and ZIP+4® in this box•

JUL 07 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SCREENED

Clark, U. S. District Court
501 W. 5th Street, Suite 1100
Austin, Texas 78701