JUSTIN X. HALE,

　　　　Plaintiff,

v.

JAMIE MCGREGOR and USA RUGBY,

　　　　Defendants.

§
§
§
§
§
§
§
§
§
§
§

1:24-CV-1076-RP

## **ORDER**

Defendants Jamie McGregor and USA Rugby (collectively, "Defendants") filed a Second Motion to Dismiss, (Dkt. 41), on September 8, 2025. Plaintiff Justin X. Hale ("Plaintiff"), who has been proceeding *pro se*, has not filed a response to the motion to dismiss, which was due on or before September 22, 2025.[1] *See* W.D. Tex. Loc. R. CV-7(d). Although the Local Rules empower the Court to grant motions as unopposed when no response is timely filed, *id.*, this Court will not grant Defendants' motion as unopposed at this time.

Accordingly, **IT IS ORDERED** that Plaintiff (1) shall show cause in writing on or before **February 13, 2026**, as to why the Court should not grant Defendants' motion to dismiss as unopposed or, alternatively, (2) Plaintiff shall file a response to Defendants' motion to dismiss on or before **February 13, 2026**. Failure to take either of these actions may result in the dismissal of this action with prejudice. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to Plaintiff via certified mail, return receipt requested, at the following address:

---

[1] Nor has Plaintiff filed any other document in this case since August 2025.

Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155

**SIGNED** on January 23, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE