

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155

24CV1076 Order #43

9590 9402 9829 5266 4950 56

2. Article Number *(Transfer from service label)*

9589 0710 5270 3396 7971 17

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*  Roslind Jauch

C. Date of Delivery  1/31/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ ail
☐ ___ ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

SAN ANTONIO TX 780

31 JAN 2026 PM 3 L

9590 9402 9829 5266 4950 56

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED

FEB 0 2 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ TP _____
DEPUTY CLERK

Clerk, U.S. District Court
501 W. 5th Street, Suite 1100
Austin, Texas 78701

SCREENED BY CTG

FEB 02 2026