**FILED**

February 13, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:＿＿Christian Rodriguez＿＿

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUSTIN X. HALE** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CASE NO. 1:2024cv01076** |
| | § | |
| **JAMIE MCGREGOR, DIRECTOR OF** | § | |
| **TRAINING & EDUCATION USA RUGBY** | § | |
| **AND** | § | |
| **USA RUGBY** | § | |
| *Defendants.* | § | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OPPOSITION TO
DEFENDANTS' SECOND MOTION TO DISMISS**

Plaintiff Justin X. Hale files this Response to the Court's Order to Show Cause (Dkt. 43) and in

opposition to Defendants' Second Motion to Dismiss (Dkt. 41), and respectfully states as follows:

## I. Response to Order to Show Cause

Plaintiff does not intend to abandon his claims and is actively prosecuting this case. This filing

constitutes Plaintiff's formal opposition to Defendants' Second Motion to Dismiss.

Because Plaintiff is responding on the merits and continuing to litigate his federal claims, dismissal for

want of prosecution would be inappropriate. Plaintiff respectfully requests that the Court discharge

the Order to Show Cause and proceed to consider Defendants' motion.

## II. Legal Standard

Under Rule 12(b)(6), a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

Section 1981 guarantees all persons the same right to make and enforce contracts as is enjoyed by white citizens. Race discrimination claims under § 1981 require but for causation. *Comcast Corp. v. Nat'l Ass'n of African American–Owned Media*, 140 S. Ct. 1009, 1014–15 (2020).

Retaliation is actionable under § 1981. *CBOCS West, Inc. v. Humphries*, 553 U.S. 442 (2008). A retaliation claim requires protected activity, a materially adverse action, and a causal connection. Courts apply but-for causation. *Univ. of Tex. Sw. Med. Ctr. v. Nassar*, 570 U.S. 338 (2013).

At the pleading stage, Plaintiff is not required to prove discrimination, only to plausibly allege it.

## III. Argument

### A. Comparator Evidence Is Not "Generalized." - It is supported by USA Rugby's Own Elite Structure

Defendants rely on *Sanders v. Federal Express* to argue that Plaintiff's comparator allegations are "generalized" (Dkt. 41). That characterization ignores factual enhancement already contained in the Third Amended Complaint.

## 1. The Tiered Development Structure

As alleged in Paragraph 5 of the Third Amended Complaint, Plaintiff was selected to the National Development Group ("NDG") for the 2023–2024 season, an elite pool of approximately 40 referees nationwide identified by USA Rugby's own Pathways Working Group for high-performance advancement. Plaintiff was also an inaugural member of the Regional Development Group ("RDG") in 2021 (the "top 100" pool). Defendants Jamie McGregor and USA Rugby created and continue to administer these elite tiers, as documented in Exhibit Q (USA Rugby Official Referee Development Group Selection Lists and Tier Definitions).

## 2. The Identified Peers

The white referees identified in the Complaint: Mike Lawrence, Tom Champa, Alex Hedquist, Andrew Dunn, Abigail Tobias, and Amelia Luciano, are documented peers within these same high performance structures. USA Rugby's own publicly announced selections demonstrate that Defendants vetted and classified Plaintiff and these referees as professional equals within the same elite pathway.

## 3. Identical Conduct

Exhibit K (2023 CRC Referee Packet) confirms that Mike Lawrence, Tom Champa, Alex Hedquist, Andrew Dunn, and Abigail Tobias officiated the exact same Collegiate Rugby Championship event on the exact same weekend as Plaintiff [37, 51.1, 1042, 1478]. Amelia Luciano participated in a similar high-profile NCR event on April 6, 2024 [38, 52.1, 1479].

3

**4. Why This Matters Under § 1981**

Because Defendants Jamie McGregor and USA Rugby itself placed Plaintiff and these white referees in the same elite development tiers, Defendants cannot plausibly, nor in good faith, maintain that the comparators are undefined or speculative. If participation in "unsanctioned" NCR events truly disqualified referees from USA Rugby or MLR contracts, then every NDG/RDG referee who worked these events would have been penalized.

Instead, the record shows a documented disparity: while Plaintiff was "blocked" for this conduct, his white peers retained their MLR contracts or, in Abigail Tobias's case, officiated a USA Rugby (CRAA) event just one week later without interference [37, 51.2, 1042]. This is not a "naked assertion"; it is a specific, documented disparity within an internally managed structure that exceeds the Rule 12 plausibility standard.

**B. Defendants' Retaliation Timeline Argument Relies on a Mischaracterized Chronology**

Defendants argue that Plaintiff's retaliation claim fails because the alleged protected activity supposedly occurred after USA Rugby decided to stop contracting with him (Dkt. 41). This argument relies on a selective reading of the Complaint and ignores the documented record.

**1. The Actual Timeline**

- **April 28–30, 2023**: Plaintiff officiated the Collegiate Rugby Championships (Third Amended Complaint 21).

- **May 1, 2023**: The very next morning, Defendant McGregor contacted Plaintiff and "blocked" him from the CRAA 7s Championship.

- **The Evidence (Exhibits B and P)**: This May 1 call was recorded. During the conversation, McGregor explicitly acknowledged that Plaintiff had been at the CRC "on the weekend".

- **The Protected Activity**: During that same May 1 call, Plaintiff challenged the unequal treatment and opposed the arbitrary exclusion.

- **Ongoing Opposition**: On March 25, 2024, during a Zoom meeting witnessed by Marquise Goodwin, Plaintiff again opposed his continued exclusion.

- **Subsequent Harm**: Following these specific instances of opposition, Major League Rugby (MLR) contracts and Club National 7s assignments were withheld/withdrawn.

**2. Protected Activity Does Not Require Explicit Accusations of Racism**

Defendants argue Plaintiff "made no claims during those calls that his exclusion was race-based" (Dkt. 41). However, Section 1981 does not require a plaintiff to utter the words "this is race discrimination" to engage in protected opposition. Legally protected activity includes opposing unequal contracting treatment and asserting the right to equal enforcement of contractual opportunities. CBOCS West, Inc. v. Humphries, 553 U.S. 442, 445–46 (2008). Opposition to discriminatory conduct does not require formal legal terminology or an explicit, simultaneous accusation of racial animus.

5

### 3. Temporal Proximity and Continuing Retaliation

The adverse actions against Plaintiff did not end on May 1, 2023. Instead, they continued and escalated throughout 2024 with the systematic withholding of MLR match appointments and the removal from Club National 7s. Plaintiff alleges that after he opposed his unequal treatment, Defendants maintained and intensified the "block." This close temporal proximity between Plaintiff's protected opposition and the continued withholding of contracts is more than sufficient to plausibly allege retaliatory causation at this stage.

## C. Administrative Structure Demonstrates Coordinated Control Over MLR Assignments

Defendants argue that the withholding of Major League Rugby (MLR) contracts was not attributable to them (Dkt. 41). Plaintiff has alleged specific, non-speculative facts demonstrating that USA Rugby exerted direct, coordinated control over these professional opportunities.

### 1. Dual-Role Structure

As alleged in Paragraph 21.1 of the Third Amended Complaint, David Wilkinson, the MLR Referee Manager, operates under a documented dual structure overseen by both USA Rugby and MLR [20.1, 48, 1025]. Plaintiff further alleges that USA Rugby financially contributes to the salary of this position, creating a vested interest and a mechanism of control over MLR's refereeing decisions [20.1, 48, 753, 1461].

6

**2. Direct Admission**

On March 15, 2024, Wilkinson explicitly informed Plaintiff that his 'hands were tied' regarding match appointments due to this arrangement, and he carried out Defendant McGregor's directive to withhold all match contracts "**until you speak to Jamie**" (Exhibit C).

**3. Legal Significance**

This provides a clear, factual link between the Defendants' discriminatory intent and the resulting material harm to Plaintiff's professional career. It proves that the withholding of contracts was not an independent business decision by MLR, but a coordinated action orchestrated by the Defendants. At the pleading stage, Plaintiff is not required to prove the full administrative agreement between USA Rugby and MLR; he must only plausibly allege coordinated action, which he has done through these specific communications.

**D. Association Discrimination and Pretext**

Defendants argue that association discrimination fails because "NCR has no race" (Dkt. 41). This argument is a deliberate mischaracterization of the claim. Plaintiff does not allege that the NCR has a race; rather, he alleges that **Defendants used his association with the NCR as a pretext for race discrimination.**

**1. Selective Enforcement:**

Plaintiff alleges that Defendants selectively enforced an unwritten "NCR restriction" against him while allowing white referees with identical NCR participation to continue receiving contracts. If NCR participation were the legitimate reason for exclusion, then all referees in the National Development Group (NDG) who officiated NCR events would have been "blocked".

**2. The Inference of Pretext**

The record shows they were not. White peers like Mike Lawrence, Tom Champa, and Alex Hedquist performed the exact same conduct on the same weekend as Plaintiff but faced no penalty [37, 51.1, 1009, 1042]. This pattern of selective enforcement against a Black referee, but not against white referees engaged in identical conduct supports a plausible inference of pretext.

**3. Personal Contracting Rights**

Section 1981 protects Plaintiff's personal right to make and enforce contracts without race-based interference. *Domino's Pizza, Inc. v. McDonald, 546 U.S. 470, 476 (2006)*. By using Plaintiff's association with a third party as a tool to impair his professional livelihood, Defendants have violated this fundamental civil right.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff has more than satisfied the federal plausibility standard under Twombly and Iqbal. Defendants' Second Motion to Dismiss relies on selective readings of clerical discrepancies to manufacture a chronology defense that is directly contradicted by the objective record. The evidentiary record, including recorded admissions (Exhibit P), written directives (Exhibit C), and the Defendants' own National Development Group performance classifications (Exhibit O/Q), demonstrates a clear pattern of race based disparate treatment and retaliation.

Plaintiff has provided the "factual enhancement" Defendants claim is absent by identifying specific, similarly situated white peers, including Mike Lawrence, Tom Champa, Alex Hedquist, Andrew Dunn, Abigail Tobias, and Amelia Luciano, who engaged in the exact same conduct yet were awarded the professional contracts and match assignments denied to Plaintiff [47, 51.1, 1026, 1325, 1437]. These allegations are concrete, comparative, and grounded in the Defendants' own administrative records.

Plaintiff is actively prosecuting this matter and stands prepared to vindicate his contractual and civil rights under 42 U.S.C. § 1981. Dismissal at this stage would improperly shield Defendants from public scrutiny despite well pleaded facts supported by dated documentary and audio evidence. In the interest of justice and the consistent enforcement of federal civil rights law, Plaintiff respectfully requests that the Court:

1. Discharge the Order to Show Cause;

2. Deny Defendants' Second Motion to Dismiss in its entirety; and

3. Permit this case to proceed immediately to discovery so that the full scope of Defendants' conduct may be examined on the merits.

Respectfully,

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155
(979) 703-0894
February 13, 2026
justinxhale@gmail.com

# (Exhibit C) Email to David Wilkerson, MLR

# Inquiry Regarding Referee Appointments in MLR

**Justin** <justinxhale@gmail.com>  Fri, Mar 15, 12:50 PM
to dwilkinson ▾

Good morning David,

I hope this email finds you well. My name is Justin X. Hale, and I serve as a referee based out of Austin, TX. I am reaching out to seek some clarity regarding my current status within the MLR referee appointments.

In the previous season, I had the privilege of serving as an Assistant Referee in the MLR, accumulating approximately nine appointments in this role. I am proud to mention that I was recognized as a top AR in Texas for MLR, earning an invitation to the referee's mid-season camp—a testament to my dedication and performance.

Since concluding my last match in the MLR, I have diligently maintained both my physical and mental readiness for the game. In 2023 alone, I officiated over 200 matches, serving as the Center referee or AR. Over 40% of those games involved XV matches. Moreover, I have received positive feedback from the previous referee manager (JK) and Austin Reed, who oversaw the West ARs.

Approximately a month ago, I was pleased to receive a teamwork contact from MLR "USA Referee Starter Pack 2024". However, since then, I have not received any further communication. Regrettably, I have not been invited to any meetings, received appointments, or been provided with any explanation as to why I am not currently involved in the refereeing assignments.

I understand that my tone may come across as blunt, but I am simply seeking clarification as no one from the administrative side of the organization has communicated with me.

I would greatly appreciate it if you could provide me with some insight into my current situation and any steps I can take moving forward.

Thank you for your time and attention to this matter, I am happy to talk on the phone, text, or email

--
Cheers,

Justin X. Hale
(979) 703-0894 - Text Welcomed

 **David Wilkinson** <dwilkinson@usmlr.com>     Fri, Mar 15, 1:20 PM

to me ▾

Hi Justin,

Thank you for getting in touch.

Unfortunately I am currently not in a position to appoint you as an AR to MLR .

Can I suggest you reach out and speak to Jamie McGregor. With my role being across both USA Rugby and MLR I am afraid my hands are tied.

If and when this issue gets resolved, I would be happy to look at your involvement in MLR.

But as things stand I cannot appoint you.

Regards

 **David Wilkinson,** Major League Rugby Director of Match Officials
+44.779.906.2813| dwilkinson@usmlr.com | usmlr.com
  

---

 **Justin** <justinxhale@gmail.com>     Fri, Mar 15, 2:32 PM

to David ▾

Thank you for the transparency David and the speedy response. I'll work on figuring out what issue is going on. Interesting enough this past New Year's I did a 2day AR presentation for USA rugby.

Hope to meet soon.

Cheers,

Justin X. Hale
(979) 703-0894- text welcomed

 **David Wilkinson** <dwilkinson@usmlr.com>    Fri, Mar 15, 2:57 PM    ☆  ☺  ↩  ⋮

to me ▾

No problem Justin.

Apologies.

Speak to Jamie and hopefully you can get it sorted and get back in MLR.

Wilko

 **David Wilkinson,** Major League Rugby Director of Match Officials
+44.779.906.2813| dwilkinson@usmlr.com | usmlr.com


⋯

# (Exhibit K) 2023

# Referees at CRCs

# 2023 College Rugby Championship



## Referee Packet

| | | | |
|---|---|---|---|
| 29 | Luis Santiago Laino Garcia | Minchul Cho | **Springhill** |
| 30 | Marc Nelson | Amanda Cox | **Springhill** |

## Referee Team Contacts

Two What's App chat rooms will be set up and an invite sent to you to join. The first will be for important communication to/from the referee team. The second will be for fun where we can post pictures of your favorite referee in action or other interesting pictures/chats.

The Referee Team contacts are as follows

| Role | Name | Email | Society | Phone |
|---|---|---|---|---|
| Referee | Abigail M. Tobias | abby.marie.tobias@gmail.com | Potomac | 703-963-9829 |
| Referee | Adam Falk | adammfalk@gmail.com | Iowa | 515-664-7515 |
| Referee | Akira Do | mrakira400@gmail.com | NE | 617-870-1770 |
| Referee | Alana Gregory | gregory.alana1@gmail.com | NYSRRS | 607-727-3930 |
| Referee | Alec Montealegre | montealegre0@gmail.com | Quebec | 438-885-1569 |
| Referee | Alex Hedquist | hedquist.a@gmail.com | SERRS | 803-200-2677 |
| Referee | Alexis Sari | alexissaari@gmail.com | Minnesota | 612-990-3205 |
| Referee | Andrew Dunn | andrewjtdunn@gmail.com | Met NY | 607-280-9264 |
| Referee | Andrew Futerman | andrew.futerman@gmail.com | CARFU | 973-534-8706 |
| Referee | Anthony Helmandollar | helmandollaa@gmail.com | Met NY | 571-255-9302 |
| Referee | Aubrey Shultz | aubreygshultz@gmail.com | Potomac | 202-468-7790 |
| Referee | Benjamin Cueni | benjaminscueni@gmail.com | Potomac | 571-317-5395 |
| Referee | Benjamin Michael Dickenson | bdickenson6709@gmail.com | Midsouth | 615-653-6026 |

11

| | Christopher Chopra Micheletti | c.c.micheletti@outlook.com | Quebec | 514-777-1535 |
|---|---|---|---|---|
| Referee | Cody Kuxmann | ckuxmann@gmail.com | EPRU | 717-810-9709 |
| Referee | Chris Gower | cblaiseg.gower@gmail.com | Midsouth | 615-425-6584 |
| Referee | Daniel O'Shea | danny.j.oshea@gmail.com | Quebec | 514-709-1710 |
| Referee | Danielle Dawn McKenzie | dawnmckenzie01@gmail.com | CARFU | 312-505-5508 |
| Referee | Donald J Taylor | dtaylor1987@gmail.com | CARFU | 217-493-4500 |
| Referee | Eduardo Tapia | Tapia.eddy92@gmail.com | Iowa | 515-217-7174 |
| Referee | Elizabeth Forro | lizforro@gmail.com | Potomac | 610-608-8915 |
| Referee | Emma Gallagher | ekrgallagher96@gmail.com | Quebec | 438-880-1996 |
| Referee | Gary W Porter Jr | garypjr1976@gmail.com | TRRA | 580-280-5750 |
| Referee | George Ryan Caldwell | g.ryan.caldwell@gmail.com | Potomac | 832-483-0395 |
| Referee | Guillaume BOISSEAU | guillaume.boisseau@live.fr | Quebec | 613-710-6327 |
| Referee | Iose Tafaoialii | iosewest@yahoo.com | Utah | 801-688-5845 |
| Referee | Jacob Anthony Cuevas | jakecuevas99@gmail.com | Utah | 929-289-2413 |
| Referee | Jacob Winkler | trappedinink@gmail.com | Wisconsin | 920-342-7675 |
| Referee | James Acker | jndacker@gmail.com | Quebec | 514-895-7688 |
| Referee | Jeff Brill | moose4421@gmail.com | Virginia | 515-710-2682 |
| Referee | Jeffrey Andrew McHenry | mchenrycarpentey009@gmail.com | Iowa | 239-822-0997 |
| Referee | Jérome Lévesque | levesque.jerome@hotmail.com | Quebec | 581-997-1797 |
| Referee | John Francis Patrick Bridges | healtheconomics@icoud.com | Ohio | 614-271-5010 |
| Referee | Justin John Savoy-Davies | justindavies17@gmail.com | Quebec | 514-887-0121 |
| Referee | Justin X Hale | justinxhale@gmail.com | Lonestar | 979-703-0894 |
| Referee | Kiki Malomo-Paris | kmalomoparis@gmail.com | Potomac | 703-677-4348 |
| Referee | Kitiona FAAMAUSILI | kitionaaulelio@icloud.com | Utah | 801-516-8857 |
| Referee | Kyle Kenny | kyle.kenny3@gmail.com | Southwest | 925 789 7140 |
| Referee | Kyle van Deventer | kylevd6@gmail.com | Florida | 239-370-0477 |
| Referee | Lizbeth Pagan | lizbeth.pagan92@gmail.com | SERRS | 704-369-6355 |
| Referee | Luis Santiago Laino Garcia | luis.lainog@gmail.com | Columbia | 573012679065 |
| Referee | Matthew Duncan | mattvduncan@gmail.com | Indiana | 317-554-7370 |
| Referee | Maxwell Jones | mljonesqwe@gmail.com | Ohio | 502-619-1142 |
| Referee | Megan Lowery | megan.lowry@hotmail.com | Quebec | |
| Referee | Michael David Rudzinsky | michael.rudzinsky@gmail.com | NE | 617-240-1585 |
| Referee | Michael Lawrenson | drmikelawrenson@gmail.com | Rocky Mtn | 484-264-7370 |
| Referee | Michael Vermaak (Chase) | mvchase98@gmail.com | SERRS | 404-268-4225 |
| Referee | Millicent Tysinger | tysingermp@gmail.com | SERRS | 978-846-4851 |
| Referee | Minchul Cho | minchul.cho@gmail.com | SERRS | 404-663-8351 |
| Referee | Nathaniel Jacob Lewin | nathaniel.j.lewin@gmail.com | Minnesota | 914-260-5135 |

12

| | | | | |
|---|---|---|---|---|
| Referee | Pete Chamberlin | petechamberlain@gmail.com | SERRS | 678-488-4847 |
| Referee | Rachael McGrail | rachaelmcgrail@gmail.com | Ohio | 330-307-3784 |
| Referee | Randall W Johnson | randall.johnson@gmail.com | Florida | 585-704-1605 |
| Referee | Skye Leary | sleary@dealertire.com | Ohio | 440-668-8948 |
| Referee | Soloa Velovaa | solve2771@gmail.com | Utah | 801-300-0317 |
| Referee | Tara Roberts | bulb007tr@gmail.com | NE | 207-459-4151 |
| Referee | Thomas Ciampa | thomas.ciampa@gmail.com | Florida | 207-752-2173 |
| Referee | Timothy Adam Levitsky | tlevitsk@gmail.com | Ohio | 216-513-2442 |
| Referee | Tom Foley | foleyt15@gmail.com | Michigan | |
| Referee | Tyler Vance Crawley | tyler.v.crawley@gmail.com | Quebec | 514-820-0248 |
| Referee | Valerie Berstene | vberstene@gmail.com | CARFU | 860-604-8355 |
| Referee | Vincent Chweya Maranga | vincent.chweya2015@gmail.com | Virginia | 757-996-1940 |
| Referee | Chris Gower | cblaiseg.gower@gmail.com | Midsouth | 615-425-6584 |
| Referee | Jordan Porotesano | jporotesano503@gmail.com | NWRRS | 503-544-0318 |
| Referee | Alex Schaefer | ref.alex.schaefer@gmail.com | Potomac | 814-460-8929 |
| Referee | Sybil Levine | levine.sybil@gmail.com | MidSouth | 615-485-6757 |
| Captain | Josh Houston | joshhous@gmail.com | CARFU | 631-678-7863 |
| Captain | Nigel Platt | serrsref@gmail.com | SERRS | 864-477-9652 |
| Captain | Robert Gilmore | gilmorer@optonline.net | RRSNY | 914-924-3790 |
| Captain | Steve Isreal | izzy_woz@hotmail.com | Potomac | 703-727-9172 |
| Captain | William Calum Pender | wcpender@yahoo.co.uk | MidWest | 417-766-9795 |
| Coach | Brad Kleiner | bkleiner@yahoo.com | Met NY | 917-699-8295 |
| Coach | Jerry McLemore | mclemorejl@toa.com | MidSouth | 615-604-0770 |
| Coach | Peter Simpson | pdsimpson@verizon.net | RRSNY | 201-390-0436 |
| Coach | Scott Duvall | sduvalbonita@gmail.com | Florida | 239-404-8082 |
| Coach | Terry Haas | thaas11@gmail.com | Florida | 609-519-4183 |
| Logistics | Alley Mitchell | alley@alleymitchell.com | SERRS | 253-358-5499 |
| Logistics | Curtis Ethridge | ctethridge31@gmail.com | SERRS | 336-340-6750 |
| Logistics | Erin McCroskey | Erinmccroskey@gmail.com | Midsouth | 865-850-8314 |
| Redhat | Steve Parrill | sparrill@usa.rugby | Deep South | 985-974-1134 |
| Ref Director | Dave Haines | dhaines@msn.com | MidSouth | 865-740-6674 |
| Referee MGR | Dave Carter | dave@rockriverservice.com | CARFU | 815-222-3480 |
| Stats | Reagan Douglas | reagan.douglas9@gmail.com | Potomac | 703-801-9049 |
| TZM | Andy Buck | andrew.buck2@gmail.com | RRSNY | 917-974-0140 |
| TZM | Buzz McClain | rugbybuzz@gmail.com | Potomac | 703-727-0230 |
| TZM | Charlie Liu Guillotin | charleshmarles@gmail.com | RRSNY | 347-807-4445 |
| TZM | Chris Picard | rugby-referee@sbcglobal.net | Met NY | 860-670-0625 |

19

| TZM | Corey Amundson | amundson.corey@gmail.com | RRSNY | (203) 561 7985 |
|-----|----------------|--------------------------|-------|----------------|
| TZM | Jessica Mallindine | Jessicamallindine@gmail.com | SERRS | 828-545-4439 |
| TZM | Jon Morgan | jmorgan6@gmail.com | RRSNY | 631-678-7863 |
| TZM | Karen Espinoza | klespinoza722@gmail.com | Potomac | 301-437-0319 |
| TZM | Ken Fraine | kenfraine@gmail.com | Potomac | (703) 725 3896 |
| TZM | Lillianna R. Rimac | lillyrimac22@gmail.com | RRSNY | 973-229-4135 |
| TZM | Nathan S Brady | nathansbrady20@gmail.com | Potomac | 410-458-5068 |
| TZM | Patrick Laczkowski | patlacaz@gmail.com | NYSRRS | 716-860-1558 |
| TZM | Sarah Seeger | SDSEEG@gmail.com | MARRS | 573-808-6952 |
| TZM | Tom Beriau | tomberiau@gmail.com | NE | 617-875-6515 |

## Arrival Pick-Up

Please see below the schedule for pick-ups from the three airports. We are requesting that everyone meet outside baggage claim on the lower level at the following airports:

> BWI – Outside of carousel 3
> IAD – Outside at Door Number 4
> DCA – Outside on median across from area 6

Please stand outside at the pick-up time listed and the 12-passenger van will meet you there to transport you to the hotel.

Uber pick-up on the schedule will be reimbursed by NCR.

# (Exhibit O) - Appointment to National Development Group Email


**2023-2024 National Development Group**

**Lee Johnson** <referee-assignments@usa.rugby>
Cc: USA Rugby Referee Development <referee-development@usa.rugby>, Jamie McGregor <jmcgregor@usa.rugby>
Bcc: justinxhale@gmail.com

Dear Fellow Referees,

The Pathways Working Group has identified a pool of around 40 referees from across the USA to be part of the **National Development Group (NDG)**. See below for what to expect and what will be required from referees in the group for 2023-2024.

**Congratulations on being selected to the NDG for 2023-2024.**

*This email is your invitation to join the NDG.*

If you accept the invitation, please complete the following NDG Acceptance Form  **by Monday, August 28.** To get things started for the year, **please join us for a kick-off call on Tuesday, August 29 at 8:30 PM EST**. We have lots of exciting plans for the year to share! We will send out the registration link to all that accept this invitation.

**What USA Rugby commits to providing you:**

**1. Referee Coach.** We will pair you with a referee coach to work one-on-one over the course of the year. The onus will be on you to check in with them on a regular basis throughout the season. Ideally, they will also be able to coach/review you directly on occasion (via Advantage), although that is not always needed. We will contact you about the pairings before they are announced.

**2. S&C.** We have contracted a dedicated S&C coach (Justin Goonan) to provide a group strength & conditioning plan to all NDG referees, in addition to 25 minutes of one-on-one service each week. This resource will also be able to provide some advice and direction should you have specific requirements, e.g. injury or other personal circumstances preventing you from following the program.

**3. Radio Vest.** For those of you who did not receive it last season, USA Rugby has partnered with Advantage Referee Communications to provide you all with a Radio Vest you can wear underneath your jersey for when you use comms for matches.

**4. NDG Referee Jersey.** All NDG referees in 2023-24 will receive a NDG Referee jersey. This jersey is specific to the NDG; it will be used throughout the year, and should not be traded.

**5. Eligible to attend USA Rugby Camps** as a member of the NDG you are eligible to attend the regional development camps that are hosted by USA Rugby across various locations at varying times throughout the year.

**What you would be committing to:**

**What you would be committing to:**

**1. Be available for selection in all of the Performance Leagues. I**ndividual availability for specific matches will be taken into account. Performance Leagues include: D1A, WPL, D1E, NIRA, 7s, relevant National Championships, etc. This includes completing reviews of matches in Advantage, and regular attendance on weekly review calls. Please note that there is no need for you to complete an application form for the Performance Leagues when these are released to the general referee population.

**2. Attending the Regional Development Group meetings.**  These will be held every month on the 4th Tuesday at the following times depending upon your specific region:

    East - 7pm Eastern
    South - 7pm Central
    MidWest - 8pm Central
    West - 7pm Pacific / 8pm Mountain

**3. Completing a Season Development Plan with your coach.** This would need to be entered into Advantage by the middle of September. Your assigned referee coach will help you develop this if needed.

**4. Maintaining appropriate fitness standards.** We aim to improve the fitness standards of our group overall. All NDG referees must submit Bronco scores within the testing windows: Jan/Feb, May/Jun, Sep/Oct. There is currently no minimum standard to remain in the group, but scores will be tracked and should at a minimum show progress across the year.

**5. Having an education/coaching/mentoring role with your LRO.** It is important that National-level referees 'give back' to their LROs. This may take the form of presenting an education session, performing a mentoring role for a junior referee, referee coaching less experienced referees in your area, or something similar. Many of you also have formal roles with your LROs, but this request is specifically about providing on-field guidance to lower level referees. You will need to discuss what exact form this will take with your assigned referee coach. Your Regional Development Working Group (DWG) Representative  can help you find opportunities to present educational materials. The DWG will be tracking attendance and level of participation at the monthly RDG meetings and will provide feedback to the group following these meetings.

Once again congratulations to you on being selected to the NDG.



**LEE JOHNSON**
**National Referee Assignments Officer**

925.522.6024  |  usa.rugby  |  referee-assignments@usa.rugby

f   X   ◎   ♪   in   ▶

# (Exhibit Q) — USA Rugby Official Referee Development Group (NDG/RDG) Selection Lists and

# Tier Definitions

# USA Rugby Launches New RefereeDevelopment Structures and RefereePanel for 2022

# Women's Premier

# LeagueSeason

# Tue, Apr 12, 2022,

# 9:37 AM

https://usa.rugby/news/usa-rugby-launches-new-referee-development-structures-and-referee-panel-for-2022-womens-premier-league-season-202297

# USA Rugby Launches New Referee Development Structures and Referee Panel for 2022 Women's Premier League Season

Tue, Apr 12, 2022, 9:37 AM

CC　**by Calder Cahill.**



Travis Prior

> **USA Rugby High Performance Referee Group formed to target greater Major League Rugby and World Rugby representation of USA Rugb Referees.**

28

- Referee team for 2022 Women's Premier League Season announced

- Four Regional Development Groups provide education to the nation's top 100 referees

- National Development Group provides Strength & Conditioning and personalized coaching to the top 40 referees.

USA Rugby today announced major advances in the way referee development structured across the country, and the referees selected to various programs of development. In 2021, the USA Rugby Referees & Law Committee (RLC) establishe two working groups designed to address issues of referee education and development, and improve the pathway for referees to higher levels of the gam These teams are named the Development Working Group and Pathways Workir Group. These working groups have worked closely with Local Referee Organizations (LRO) and their representatives, to ensure any initiatives meet the needs of referees in the United States.

The Development Working Group, chaired by New York-based referee coach Rosalind Anderson, is tasked with providing continuing education to match offic from the time they finish a Level 1 course onwards. As well as providing content f local-level referees, the Group's remit includes promoting a regional structure w four Regional Development Groups to facilitate the LRO-driven identification anc development of higher-level aspiring referees. In total, this will provide higher le educational content to the nation's top 100 referees.

The Pathways Working Group, chaired by RLC Chair Olivia Rogers, is tasked with providing transparency, communication, and consistency in the management c referees across National Performance Leagues and in the pathway from Regior Development Groups to higher levels. This involves the selection of the National Development Group, a core group of approximately 40 referees of national int who will receive strength and conditioning support, along with personalized coaching. A team of 20 referee coaches has also been selected to work one-o one with these referees to provide long-term coaching support.

USA Rugby will also support a targeted group of referees to be part of the new Performance Referee Group, which will be managed by leading Major League Rugby (MLR) referee Scott Green. Selected by the Pathways Working Group in consultation with MLR Referee Manager Jonathan Kaplan, the aim of this group i increase the representation of domestic USA referees in the MLR and beyond to World Rugby levels by providing access to USA Rugby high performance resou These referees will be involved in "XV Series" matches, the group partnering wit new league to provide targeted access to better matches.

"The creation of all these programs has been the result of ongoing engagemen with Local Referee Organizations across the country, and the work of many volunteers on the working groups who have helped design and create a pathv that works for the unique structures in the United States. I'd like to thank Olivia an Rosalind in particular for their leadership, and congratulate the referees involve these various development groups." said USA Rugby's Referee Manager and Director of Training and Education, Jamie McGregor.

In addition, USA Rugby announced today the panel of referees for the 2022 Women's Premier League competition, which began over the weekend. This tea nine referees and six reviewers will be led by WPL Referee Manager, Amanda C The team will have weekly review sessions which are open to the WPL coaches, order to promote game understanding across all parties.

"I am excited to announce an outstanding team of referees with a great mix of youth, potential and experience." Said Cox, "All have earned their place on the team with excellent performances at other levels of the game. We are looking forward to providing the WPL with the highest level of officiating possible."

The membership of the various groups will be reviewed before each Fall and S[ season.

McGregor added, "Every LRO has access to a regional representative on both tt Development and Pathways Working Group, so that we can maximize communication and transparency at all levels. Over time, I am confident USA Ru

will reap the benefit of investing heavily in our match officials – better officials, better game."

## 2022 WPL REFEREE PANEL

| Referees | Reviewers |
|---|---|
| Haley Aguiar | Rosalind Anderson |
| Shanda Assmus (Canada) | Lee Bryant |
| Dan Frankenfeld | Bob Hausler |
| Bryan Hall | Olivia Rogers |
| Emily Hsieh | Peter Watson |
| Jenny Lui | Wendy Young |
| Chris O'Malley | |
| Marty Steffens | |
| Andrew Stockton. | |

*Manager: Amanda Cox*

## USA RUGBY HIGH PERFORMANCE REFEREE GROUP (HPRG)

| Referee |
|---|
| Marquise Goodwin |
| Cisco Lopez |
| Amelia Luciano |
| Gavin McCandless |
| Will Nelson |

| Referee |
| --- |
| Kat Roche |
| De Wet Roos |
| Lex Weiner |

*Manager: Scott Green.*

## USA RUGBY NATIONAL DEVELOPMENT GROUP (NDG)

| West | South | Midwest | East |
| --- | --- | --- | --- |
| Haley Aguiar | David Edwards | Enrique Alvarez | Elvy Asonye |
| Joe Burpoe | Scott Green | Ben Dickenson | Tyler Chicarella |
| Steven Feneroli | Bryan Hall | Dan Frankenfeld | Aaron Davis |
| Jack Gohl | Alex Hedquist | Timothy Levitsky | Jarrod Ford |
| Marquise Goodwin | Cisco Lopez | Michelle O'Brien | Emily Hsieh |
| Steve Gore | Henrique Platais | Ian Seaton | Amelia Luciano |
| Kahlil Harrison | Kat Roche | Marc Voorhees | Jenny Lui |
| Tim Lew | Derek Summers | | Gavin McCandless |
| Pearce Mara | Joey Swatzell | | Gray Montrose |
| Chris O'Malley | | | Will Nelson |
| Austin Reed | | | Mike O'Brien |
| Andrew Stockton | | | Luke Rogan |
| | | | Craig Sakowski |

| West | South | Midwest | East |
|------|-------|---------|------|
|  |  |  | Lex Weiner |

## NDG COACHES

| REFEREE COACH |
|---------------|
| Rosalind Anderson |
| Len Borcky |
| Lee Bryant |
| Scott Florance |
| Stephen Forrest |
| Greg Gilliam |
| Scott Green |
| Terry Haas |
| Tigg Handel |
| Bob Hausler |
| Lee Johnston |
| Mike Kelly |
| Marc Nelson |
| Tim O'Gara |
| Olivia Rogers |
| Haylee Slaughter |
| DeLyn WiRepa |

| REFEREE COACH |
|---|
| Wendy Young |
| Brian Zapp |

## Other Members of Regional Development Group (RDG):

### NDG referees are also included in each RDG

| West | South | Midwest | East |
|---|---|---|---|
| Alexis Alfaro | Allen Alongi | Alex Beckett | Tim Anderson |
| Justin Canova | Caleb Braley | Chris Harrington | Ryan Caldwell |
| Brandon Castro | Joe Bown | Jamal Jones | Andrew Dunn |
| Jacob Gonzales | Peter Chamberlain | Matt Rico | Vince Girolami |
| Kage Green | Minchul Cho | Rachael McGrail | Alana Gregory |
| Brett Johnson | Tom Ciampa | Ryan Moran | Camille Juzwik |
| Kyle Kenny | Justin Hale | | Marlena Kauer |
| Mike Lawrenson | Cole Jones | | Brian Kelly |
| Frank Pulumbo | Antares Lance | | Matthew Lake |
| Kirk Swanner | Drew Low | | Liz Malazita |
| | Kye Martinovic | | Matt Reilly |
| | Blair McClure | | Marty Steffens |
| | Renee McLane | | Abby Tobias |
| | Lindsey Oliver | | |
| | De Wet Roos | | |
| | Missy Tiesinger | | |

| West | South | Midwest | East |
|------|-------|---------|------|
|      | Kyle van Deventer |  |  |

Share  **f**  **X**  ✉

## Latest News                                                        More News



### 2026 Talent ID opportunities set for aspiring Eagles

→



### CRAA Women's 7s Championships confirmed for Indy, April 25-26





### MLR Referee Group to Officiate in U20s Six Nations





### USA Rugby names Jack Hanratty as Head Coach of Women's Eagles



Contact Us

Terms and Conditions

Privacy Policy

Leading and empowering America, to
embrace the Rugby experience.

© 2025 Rugby Australia. All rights reserved. Part of the Rugby Network

# USA Rugby Announces Referee Development Groups for 2024-25 Ahead of Development Camp in

# Chula Vista

https://usa.rugby/news/usa-rugby-announces-referee-development-groups-for-202425-ahead-of-development-camp-in-chula-vista-20241211



Log in

USA Eagles          ≡

# USA Rugby Announces Referee Development Groups for 2024-25 Ahead of Development Camp in Chula Vista

Wed, Dec 11, 2024, 2:45 PM

 by Calder Cahill.



## This weekend over 50 rugby referees will assemble in Chula Vista, CA for the first of two national development camps for match officia

The camps form part of continued efforts by USA Rugby to invest in match officia development within the USA. Invited to the camps are members of the four Regi

Development Groups (RDG) for 2024-25, and USA Rugby is proud to announce th members of these groups, as well as the membership of other on-going referee development programs.

Overseen by the USA Rugby Referees and Laws Committee Pathways Working Group, Local Referee Organizations (LROs) in four regions of the US collaborate identify approximately 25 referees per region with demonstrated skill, potential improve, and who are competitive at their current level or want to advance. The listings of these four RDGs are refreshed annually during the fall.

The selected referees participate in dedicated monthly online meetings, and are invited to attend one of two national development camps, organized jointly this year between MLR and USA Rugby. This year these camps will be held in San Die CA in December, and Fort Lauderdale, FL in January.

"My thanks to Andy Buck, Tammy Cowan, Randall Johnson, and Marc Nelson, wh have been co-ordinating the selection of these RDG groups. I am excited to see most of these referees at our camps starting this weekend, and we have a good program of material planned with MLR. MLR and USA Rugby have been working lockstep for a year now to enhance the development pipeline from local refere organizations to MLR and beyond to World Rugby levels," said Jamie McGregor, Rugby Referee Manager.

"I am proud to say that this past season, 88% of referees in MLR were from North America," said David Wilkinson, MLR Referee Manager, "and we intend to contin to work closely with USA Rugby to ensure that best practice advice, and the coaching messages and philosophies that we provide at MLR level are flowing down to the referees who will be the future of MLR. These upcoming developme camps will be the perfect place for that to happen."

This past year, referees in these groups also received extra consideration in selection for assignment to NIRA and D1A college matches, the Women's Premie League (WPL) referee group and national USA Rugby 7s events, all managed by Richard Every, Amanda Cox and Nick Ricono, respectively.



Chosen from within the RDGs are approximately 40 referees of interest, chosen ⟨ the basis of performance. This group comprises the National Development Grou⟨ (NDG), and receives further investment from USA Rugby including a personal ref⟨ coach, access to strength and conditioning support, and additional kit.

Last year saw the formation of USA Rugby's National Referee Team, composed ⟨ the best domestic referees, in partnership with MLR. This year, National Referee Te⟨ members will assist in bringing high level developmental content to RDG monthl⟨ meetings, further strengthening the domestic referee developmental pathway.

There have also been an increasing number of domestic development opportunities and international opportunities provided by USA Rugby to officia⟨ This past year USA Rugby supported either referee or referee coach attendance⟨ tournaments such as Tropical 7s, NAI7s, the Great Northwest Challenge, HBCU Ru⟨

Classic, Women's U23 All Star Championship, and international matches in Duba
Ireland, Caribbean, Japan, Canada, Mexico, Georgia, and more.

There are two further development programs in operation – the High Performar
Referee Group program (which has been run by Miles McIvor, and comprises ei
referees identified as potentially refereeing in the MLR group within the next 3-5
years) and the Eagle Claws Program (which is run by Amanda Cox, for women in
RDGs who show promise to be advanced into the NDG).

"We've been building these referee structures for a few years now, adding
improvements each year. Our growing partnership with MLR has been an impor
catalyst, as has been the tireless work of Rosalind Anderson, our Referee
Development Coordinator," said McGregor. "Our investment in match officiating
real and significant. It's exciting to see these groups become increasingly robus
development communities because of the hard work and dedication of these
referees and their referee coaches."

### National Referee Team

Marquise Goodwin, Kahlil Harrison, Cisco Lopez, Luke Rogan, Amelia Luciano, K
Roche, Derek Summers, Lex Weiner.

### High Performance Referee Group

Jacob Gonzales, Mike Lawrenson, Will Nelson, Katie Roth, Lindsey Oliver, Aaron
Davis, Jarrod Ford, Joshua Musonera

### National Development Group (Top 40)

Haley Aguiar, Enrique Alvarez, Elvy Asonye, Shawn Bastic, Joe Burpoe, Brandon
Castro, Tyler Chicarella, Tom Ciampa, Jono Cooper, Aaron Davis, Ben Dickenson,
David Edwards, Adam Falk, Patrick Feitt, Jarrod Ford, Dan Frankenfeld, Morris Full
Jacob Gonzales, Justin Hale, Alex Hedquist, Matt Lake, Mike Lawrenson, Sybil Levi
Timothy Levitsky, Tim Lew, Jenny Lui, Gregor MacDonald, Liz Malazita, Joshua

Musonera, Will Nelson, Chris O'Malley, Lindsey Oliver, Juan Pablo Parra, Austin Re
Katie Roth, Alexis Saari, Craig Sakowski, Ian Seaton, Marty Steffens, Kirk Swanner

## Regional Development Groups

**WEST -** Daniel Avellaneda, Ben Cohen, Kevin Duran, Steven Fenaroli, Hevani Kai
Kyle Kenny, Noah Lalonde, Wesley Livesey, Matalasi Morrissette, Alex Nunnally, Fi
Palumbo

**SOUTH -** Allen Alongi, Jason Bramow, Jason Browning, Matt Duncan, Wian
Engelbrecht, Gustavo Godoy, James Harrison, Rachael Hill, Alfredo Lopez, Kye
Martinovic, Blair McClure, Rebekkah Rhynlock, Chris Pugh, Chase Vermaak

**EAST -** Constantjin Bakker, Nathan Brady, Ryan Caldwell, Tony Christopher, Akira
Sam Hall, Katie Hunzinger, Camille Juzwik, Marlena Quiles-Kwock, Morgan Rober
Rinakama, Tara Roberts, Mikey Rudzinsky, Angela Sorrentino, Geoff Tancredi, Die
Villalobos, Sarah Weiner

**MIDWEST -** Raven Jones, Nate Lewin, Rachael McGrail, Nathan Myers, Margaret
Nedow, Laura Nevill, Alec Prochniak, Sydney Ramgolan, Jared Scherrman, Katie
Scheuber, Zach Smith, Jake Winkler, Phil Winkler, David Zaccaria

## Eagle Claws Development Group

Camille Juzwik, Hevani Kaihau, Rachel McGrail, Matalasi Morrissette, Tara Roberts
Morgan Roberts-Rinakama, Katie Scheuber

## National Development Group Referee Coaches

Alexis Alfaro, Amelia Luciano, Bill Meyer, Bob Hausler, Chris Davis, Chris Harringto
David Pelton, DeLyn WiRepa, Greg Gilliam, Greg Varnell, Lee Bryant, Lee Johnsor
Len Borcky, Luke Rogan, Marc Nelson, Marquise Goodwin, Mike Kelly, Miles McIvo
Nick Priscott, Olivia Rogers, Rosalind Anderson, Ross Davies, Sean Cox, Shawn Bo
Sherri Magnunson, Terry Haas, Tigg Handel

**Share**

# Latest News                                    More News

 **2026 Talent ID opportunities set for aspiring Eagles**



 **CRAA Women's 7s Championships confirmed for Indy, April 25-26**



 **MLR Referee Group to Officiate in U20s Six Nations**



 **USA Rugby names Jack Hanratty as Head Coach of Women's Eagles**





Contact Us

Terms and Conditions

Privacy Policy

Leading and empowering America, to embrace the Rugby experience.

© 2025 Rugby Australia. All rights reserved. Part of the Rugby Network

<b><u>CERTIFICATE OF SERVICE</u></b>

I certify that on  Feb 13, 2026 , I electronically filed the foregoing with the Clerk of the Court using the Electronic Submission For Pro Se Filers, and e-mailed a copy of the foregoing on  Feb 13, 2026  to:

Philip Robert Brinson
1900 West Loop South, Suite 1000
Houston, Texas 77027
prbrinson@grsm.com

Date:  Feb 13, 2026

*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com
