# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Justin X. Hale | § | |
| | § | CIVIL NO: |
| vs. | § | AU:24-CV-01076-RP |
| | § | |
| Jamie McGregor, USA Rugby Corporation | § | |

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, October 13, 2026 at 09:30 AM**.

IT IS SO ORDERED this 17th day of February, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE