# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JUSTIN X. HALE | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. <u>1:2024cv01076</u> |
| | § | |
| JAMIE MCGREGOR, DIRECTOR OF | § | |
| TRAINING & EDUCATION USA RUGBY | § | RECEIVED |
| AND | § | |
| USA RUGBY | § | MAR 04 2025 |
| *Defendants.* | § | CLERK, U.S. DISTRICT COURT |

RECEIVED

MAR 04 2025

CLERK, U.S. DISTRICT COURT
'WESTERN DISTRICT OF TEXAS
BY ___
DEPUTY CLERK

## NOTICE OF MANUAL FILING OF EXHIBIT P (AUDIO RECORDING)

Plaintiff Justin X. Hale hereby gives notice to the Court and all parties of the manual filing of the following physical exhibit: **Exhibit P: Audio Recording of May 1, 2023, Phone Call between Plaintiff and Defendant Jamie McGregor.** This physical exhibit is not new evidence; it is the original audio recording expressly incorporated by reference in Paragraphs 25 and 32 of Plaintiff's Third Amended Complaint (Dkt. 40) and is being filed manually now only due to the technical limitations of the CM/ECF system.

This exhibit is being submitted in physical form (on a USB flash drive) to the Clerk of Court pursuant to **Local Rule CV-79(a)** because the Court's electronic filing system does not currently accept the submission of audiovisual file formats.

The underlying content of this audio recording is documented in the written transcript previously filed and incorporated into the record as **Exhibit B**. A courtesy hard copy of the Exhibit B transcript is included in this package for the Court's convenience.

A duplicate copy of this physical exhibit and this Notice has been served upon counsel for the

Defendants as indicated in the attached Certificate of Service.


Respectfully,


*/s/ Justin X. Hale*
Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155
(979) 703-0894
Mar 2 2026
justinxhale@gmail.com

# (Exhibit B) Phone Call Transcript

**Jamie McGregor (00:00):**

I, I've got a bit of bad news for you. Um, I, I understand. I, I think you were in, uh, you were out on, in the East coast for the CRCs on the weekend. Is that right? Yeah. All right. So I mean, you, I'm assuming that you would know that that means when we, we can't use you for the c r a tournament this weekend, right?

**Justin X. Hale (00:21):**

Mm, no, didn't, didn't assume that.

**Jamie McGregor (00:25):**

Okay. Um, so as you would know, cause I mean, I know that you, you followed some of this stuff with NCR, um, you know, you know, that was an NCR tournament that was being played, right? Yep. Yeah. So this is c r a and as you would know, would know from following stuff, you know, that tournament was not sanctioned. It, it, it, um, and, and referees who were part of that tournament can't then be used in the other college stuff based on the agreements that we've got with the different college organizations. So, um, I'm, I'm sorry if that wasn't told to you by, um, the CRCs guys. Um, you're not the first person to have been burned by them by making that clear. They, they definitely know that that's the case. Um, and oftentimes they don't tell referees that that is the case. Um, and, uh, it's very upsetting for us that when they kind of get people along on false pretenses. But, um, that's just kind of the, the, the way that that goes. Um, you would've noticed that none of the other referees, you know, the Ciscos, the cats, the Jacobs, the Alex, you know, there, there were none of the other referees at that tournament. And that's, that's why, um, so, uh, I I, I, this is absolutely shitty and I hate to, uh, be the bear of bad news on that front, but, um, we're, we're just not in a position to be able to use you for the C.R.A.A Champs. Does, does that make sense?

**Justin X. Hale (02:00):**

No, it don't make sense, but I hear you. I don't, it, it, it's fucking stupid. But I hear what you're saying, so, no, it does not make sense, but I hear you.

**Jamie McGregor (02:08):**

Yeah. I mean, the whole thing doesn't make sense, um, in the sense that I, I just wish these people could get their together and, and, uh, and, and work their problems out. Um, but

**Justin X. Hale (02:21):**

As it's, yeah, but it's now, it's not them that's saying I can't do it. It's USA rugby. So, um, that's, that's a, that's a little untruthful on your, on your end, in my opinion. But, um, okay. I, like I said, I, I hear you. I, you're <laugh> it, it, it doesn't matter. It, it, it, it, it, it doesn't matter cuz it's not gonna change anything.

**Jamie McGregor (02:42):**

No, it's not gonna change anything. But I, I mean, I do want you to understand where I'm coming from, and I, I don't want you to think that we are being untruthful or unfair from our, our perspective. So, I mean, I'm at your disposal to answer any questions that you've got about why we're in this position or what, what's happening between the two organizations and all that kind of stuff. If you have, if you have any questions, ask me. Uh, cause I'll give you a straight answer.

**Justin X. Hale (03:06):**

Yeah. Well, my one biggest issue is this has never been put in writing for me as a referee, um, ever. So that, that tells me that this is a, a more disingenuous conversation than, than anything else because nobody, everybody refuses to put what you just said in writing, which is a huge issue. Um,

**Jamie McGregor (03:31):**

Oh no, it's, it's definitely been put in writing and sent to all the referee societies.

**Justin X. Hale (03:35):**

Okay. Well, I'm, I'm, it's l i i, I don't believe it may, maybe we've thought we've seen it out to everybody, but the, the, the level of activity I have in my society, and I've never gotten that information. Never. Um,

**Jamie McGregor (03:52):**

So I'll send you a copy of the document that's gone through the R L C that's been sent to every referee society, including Lone Star, and was sent at the end of last year about the split between NCR and, and, um, uh, and, um, the college council and the, the, what, what are the consequences of referees to referee unsanctioned rugby, um, and what, what, what are, you know, what it all entails. Happy to send that to you.

**Justin X. Hale (04:23):**

Yes, please. Uh, yeah, please do.

**Jamie McGregor (04:29):**

Okay. Anything, yeah. Any other, no,

**Justin X. Hale (04:32):**

It's just, yeah, it's, it's just crap because we're not employees of anybody and we're 10 99 and Yeah. And we can, yeah, it, it doesn't matter. It doesn't matter. I'm not gonna put out my frustration. Um, no.

**Jamie McGregor (04:45):**

Hey, to be honest, I'm here for you to, to take out your frustration on, right? I'm the person making the call. Feel free to vent your frustration if you want to, or ex explain what the situation is. I mean, you, you know that there's the, there's the schism between the two organizations, right?

Justin X. Hale (05:00):
Yeah. Yep.

Jamie McGregor (05:02):
Right. And you know that, you know, that other referees are not referring, you know, CRCs or going to CRCs or refereeing that kind

Justin X. Hale (05:08):
Of No, for, for the, the people I talked to that weren't going was specifically cuz they wanted to get their, um, they were doing regional competitions and they, and they really wanted to do those regional competitions. Um, none, none of the, none of the people that, that you listed that I talked to, uh, mentioned it because of that reason. So, um, okay.

Jamie McGregor (05:31):
And no one, no one at CICS told you that?

Justin X. Hale (05:34):
Nope. Nope. And it, what I tell you what, what makes it even more confusing is when you have referee coaches that, that also do both events, right? Uh, and so, uh,

Jamie McGregor (05:47):
For example,

Justin X. Hale (05:49):
Uh, for example, like Terry told me he'll be in, in Houston next week cause he said, can't wait to see you in Houston. Uh,

Jamie McGregor (05:55):
Yes. So Terry is also getting a phone call today. Yeah.

Justin X. Hale (05:59):
So, uh,

Jamie McGregor (06:01):

Terry knows the situation. Terry told us point blank, he didn't care. And so Terry is getting a phone call the same way you are.

Justin X. Hale (06:10):
Okay.

Jamie McGregor (06:10):
So Terry will not be in Houston.

Justin X. Hale (06:13):
Okay.

Jamie McGregor (06:18):
Um, I, I know this is. Um, and it, it just, and if the, the thing that I think is the most frustrating from my point of view is USA Rugby is not in a position to get its side of the story out because it, it doesn't do negotiation and, and, and public information via Facebook post, right? So I get a lot of referees coming to me and saying, Hey, N c I posted this thing on Facebook, you know, they said, oh, we've, we've done this and we've done that. Most of which is untrue. But USA Rugby is not in a position to put out a Facebook post, you know, to try and argue these kind of things. These are all legal matters. They all go through, they all go through lawyers, you know, us Arab is an actual, you know, we're an actual thing.

Jamie McGregor (06:58):
We're a union. We belong to world rugby, we have responsibilities. We, we can't be fighting this kind of stuff via Facebook post, right? And so we get a lot of people saying, oh, well, US Arab doesn't communicate or doesn't tell us this, that, or whatever. And the answer is where we're, we're kind of, um, in a position of fighting what with one hand how it tied behind our back, right? Because we, we can't do the same stuff that NCR is able to do in terms of just, you know, writing stuff, um, and telling people what they, what their side of the, of the picture is. Um, because, you know, as you can imagine, USA rugby can't, can't, can't conduct legal discussions via social media. You know, that's just not the way that it works if you're in, if you're an actual reunion, right? So, um, that, that is the frustrating thing for me because I see a lot of referees saying, well, we're only getting information from one side, or this is what we're being told and this is what, you know, these are, these are the, this is, these are the people that are really trying to grow the game or whatever it might be.

Jamie McGregor (07:56):
And, and there isn't an opportunity for us to get the, um, the other side of the picture out or, or correct some of the misinformation that's that's out there, which is, and that's frustrating for me. And I imagine it'd be frustrating for the referees who, who kind of caught in the middle. Um, I don't know if that makes any sense, but, um, it, it, it, that's, if you've ever got any questions about why this is the

case, what, what is the, how has this come to pass? What is the actual issues that, that, that, that are between the two organizations? I'm happy to give you as much information as I can.

Justin X. Hale (08:25):

Yeah. Well, you know, if it's not information that that can be public, then, then I, I'm probably not privy to the information. So it's, it's, it's, yeah, it's, it's no big deal. Just a man in the middle. So it is what it is. We're

Jamie McGregor (08:39):

All we Yeah. And, and look, I'm not gonna pretend like, you know, I, I've got a job to do. I, I mean, it's the first thing to say, it's not really a USA rugby thing, it's a college council thing, right? Because after the, the bankruptcy college, um, the, the, uh, geographic unions and the CS at youth and high school run run their own organizations. So we, we effectively are here to kind of help facilitate that and support them. Obviously the college council is part of U S USA rugby, that's vol voluntary, and c r is not, um, so, you know, this is, this is c a and so from their perspective, they don't want, which I, I understand, but they don't want at their tournament, people who are supporting, you know, an organization that wants them to basically not exist. And, and, you know, they, you know, <laugh>, NCR sued to stop USA Rugby and, and the college council's existence, right?

Jamie McGregor (09:35):

You know, this is, this is this organization wanted to kill us, basically. And so the, their attitude is, well, anyone that's kind of helping them out or giving them oxygen or, or, or support and assistance, um, you know, that they don't wanna be involved in, you know, they don't wanna have those people involved in their tournaments as well, right? So that's their attitude, which is frustrating for me because, you know, I'm, I come from a place where this is just not an issue. The, the, you know, every, every every game of rugby in Australia are sanctioned is not even, it's not even a question. It's not even a, it's not even a thought bubble, you know? It's just, yes, this is the governing body, this is the, this belongs to world rugby. We wanna be part of rugby. I've never come across an organization that doesn't want to be part of rugby, right?

Jamie McGregor (10:16):

That just wants to do its own. Welcome to the USA, I suppose. But, um, uh, you know, it's, it's, uh, I dunno why the two organizations can't get together and just short sort their out. Um, uh, you know, I know that there are, um, you know, sticking points and it's all got to do with money and, and, and, you know, I I I suspect people's pride on both sides at this particular point, but, um, I wish this was not an issue and I wish I wasn't having to have this conversation to be honest. Yep, I hear you. Yeah. So look, the, the, the number one thing I would say is, um, that from our perspective, this is, and, and the reason I'm having this phone call, and you will certainly not see it like this, and I totally understand that if that's the case, but for me, this is, this is an initial fairness to the referees that, and I know you say you haven't spoken to anyone that hasn't gone, but I can tell you there were a whole bunch of referees

that didn't, that would've liked to have gone to the, to that tournament, but didn't, because it's not sanctioned.

Jamie McGregor (11:16):

And so it's particularly, and I, I, I just feel it's unfair to them if we allow referees, you know, to, to do both without any issue when they went, you know, they did the right thing. They chose not to go to the tournament, they're doing sanctioned rugby only if they are expecting us to, to, to, um, you know, support their development or support with coaching or fund for their attendance or whatever, whatever else it might be, to, to different events. So where U s A rugby is trying to support or run or assign people to various different events and things, then, you know, we, um, uh, you know, that then we, we are gonna support the people who support us. It's basically,

Justin X. Hale (11:55):

Yeah, but well, you're gonna, you're gonna have support the people that support you because at the end of the day, at, at the end of the day, I pay dues to both society. I, I, I held all my, all my games. Most of 90% of my games I've had this year are NCR games because the, uh, I don't get enough club rugby games with within my society. So, um, you know,

Jamie McGregor (12:20):

So we have, what we've said is, what we've said is around NCR matches. Like, so for example, um, things like what we have said is we are not going to go hunting. Like I'm, I'm not gonna go looking into everyone's, um, uh, you know, especially for some people in the Northeast. We are not going to a one off NCR game here or there, or college or whatever it is that that's one thing. But you know, for the people that turn up at national championships and are on television and supporting NCR in that sense, like, it, it just puts us in a very difficult position. We can kind of try and be as reasonable as possible to people who are in an area where they, um, you know, so I I'm still a, we we would've appointed you, um, you know, even though maybe you've been doing some NCR matches appointed by Lone Star or what, whatever it might be. I mean, we should launch,

Justin X. Hale (13:17):

Which, which is my society, um, yeah. <laugh> within

Jamie McGregor (13:19):

Your society. Yeah, we should probably not, but we would've done it anyway. But there's just a, a difference between that and, you know, running out on tv supporting their national championships, right? And the same has been true of referees who have gone, cuz they've, he held like their, you know, their fifteens national championships in Houston previously. So there's been a couple of referees that have, that have, that have done that have done that. And we've had to say, look, I'm sorry, we can't use you for the next event. Um, you know, you and, and a lot of them, you know, I mean, I think have been, you know, look, I don't want to cast dispersions, but, but you know, NCI knows exactly what

the situation is and they, they know that referees that they, I mean, why do you think they went to Canada, right?

Jamie McGregor (14:04):

They've went to Canada to ask a bunch of referees to attend because they couldn't get enough referees here because people are not willing to put themselves at risk of doing unsanctioned rugby, right? Because we just don't know, you know, if there's an, if, if a neck gets broken right in one of those matches, you know, you have no backing from us. You have no backing from world Rugby, you have no backing from anyone. Now NCR says, oh, we have insurance, but that hasn't been tested. You know, because what qualifications do you have? NCR doesn't run any qualifications. They don't have any, um, they don't have, they don't run courses. They don't check that people have got background screening and safe sport and, and, and do all of their stuff. They don't do any of that. They don't require any of their coaches. They don't, they have minimum requirements of the coaches, which currently they require something from USA Rugby to actually, um, and, and it's not even the full amount of what is compliant.

Jamie McGregor (14:58):

So, you know, there's, there's a lot of questions that are yet to be answered. Um, God forbid every anything ever happened to anyone. Um, but anyway, there's, there's a lot of people that are in a position where they are not told what the exact risks are going in. And this is, this is a problem, right? Um, and, uh, I, I'll forward you the document that we've sent to all theros and all the referee societies and, um, it, it was also put on social media I believe as well. So, um, I'll, I'll send it to you. You can have a read of it if you haven't been sent, you should ask Lone star wh why they haven't made sure that all of their referees have it. Um, and have a copy of it if you, if you want. Um, but that's, that at least, we'll, we'll, we'll show you what it, what was put down in writing a, a year or so ago.

Justin X. Hale (15:49):
Okay,

Jamie McGregor (15:51):

Man, I'm sorry, I don't like to have this conversation and I, I, you know, I apologize for being the bearer bad news from that front, but, um, uh, it is what it is. And until the two organizations, the college council and nci, I can sort their out. This is just the reality for us, which is if we're gonna be spending money or we're gonna be supporting people or whatever, you know, if we're gonna put money into people's development, we need to know that they're, they're supporting that organization. So, um, I don't think this is a, by the way, I, I don't think this is a lone star or a T thing. I think it's, it's, you know, Lonestar in good standing with USA Rugby, right? It's a, it's, it's, it's a, this, this is not a lone star T thing. It's a, it's a NCR um, uh, college council thing. So C

Justin X. Hale (16:38):

No, but the, the, the reason I say it's a problem if 90% of my games are, are NCR games during the year, um,

Jamie McGregor (16:48):

It,

Justin X. Hale (16:50):

It's not, it's not like I'm getting USA appointments week, weekend and, and, and week out. So when we talk about development development, it isn't just webinars and coming to courses actually getting a chance to, to referee and, and do high profile matches and, and, and do those type of games. So, um, yeah, so

Jamie McGregor (17:08):

Yeah, well, I mean, we, we, we would've wanted you in Houston, you know? Um, now, I don't know, maybe c honestly, maybe CRCs was a better experience. I don't know. Maybe Houston will be a complete show for CW c a quite frankly, I have my issues with both of those organizations and the way they run <laugh>, they, they way they run their, their stuff. So maybe you got the better of the deal and, and there'll be, and it will have been a better, um, a better tournament for you. So I mean, if, and, and maybe, maybe you get better games out of that, that tournament than you would in this tournament. I, I, I judge, I just dunno. Um, all, all, I, uh, but I, but I do, I do take your point that, um, you know, the, the issue is not just access to information, it's also access to being assigned to stuff.

Jamie McGregor (17:52):

And you know, Nick, Nick likes you as a referee. We want you to be part of stuff. That's why we selected you in the first place. You know, we, we, we want, we want to put time, effort, and development into you. You know, we, we've invited stuff in the past. We, we want to, we want to do that. Um, this is just a situation where, you know, we, we are, we are stuck between a rock and a hard place because N C R last year got their tournament sanctioned. They paid, they, they got sanctioned this year. They said, you we're not doing it. So, okay, fine, but that's, that, that's a situation we're in now, <affirmative>.

Jamie McGregor (18:27):

But, and, and by the way, in case you think, you know, cause I take, I totally take your point about fairness in terms of the referee coaches. So that is, you know, that is something that we have to be consistent on. The same is true of Canada. So Canada is, uh, already going through a process of sanctioning for the referees that left because can Canadian rugby sent all of the referees from Quebec a letter saying that they should not be attending the tournament. And in particular, Michel Nicoletti who was involved with, with refereeing the final, he did not tell the Canadian refer, uh, referee manager that he was going. And, um, and, and they're, they're, they're in some, they're, they're in some strife as well. So this is the, the different, this is not just us being, you know, about the whole thing, although I

can understand entirely how that might be the, how might be perceived that way at this particular point. It's a, it's a serious issue that, well, rugby has to deal with because we can't have unsanctioned rugby, basically. That's the way rugby union works. Um, you know, so anyway, if you've got any, I I don't understand there's a pain, but if you've got any questions about anything, feel free to ask me. I will email you the, the, the document now.

Justin X. Hale (19:41):

Okay. Thanks Jamie.

Jamie McGregor (19:43):

All right, I'll catch you later. Thanks Justin. Cheers. Bye. Bye.

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, a true and correct copy of the foregoing Notice of Manual Filing and a duplicate copy of the physical medium containing Exhibit P were served via U.S. Mail, postage prepaid, to the following counsel of record for the Defendants:

Philip Robert Brinson
1900 West Loop South, Suite 1000
Houston, Texas 77027
prbrinson@grsm.com

Date: Mar 2, 2026

/s/ Justin X. Hale
Justin X. Hale
2904 Sprouted Grain
Seguin, TX
(979) 703-0894
justinxhale@gmail.com

Justin X. Hale
2904 Sprouted Grain
Seguin, TX 78155

SCREENED BY CSO'S
MAR 04 2026

 UNITED STATES POSTAL SERVICE.

**Retail**

## G

### US POSTAGE PAID

## $12.40

Origin: 78155
03/02/26
4882350335-94

## USPS GROUND ADVANTAGE®

0 Lb 3.20 Oz

**RDC 01**

C074

SHIP TO:

STE 1100
501 W 5TH ST
AUSTIN TX 78701-3812

### USPS SIGNATURE® TRACKING #



9502 1150 1087 6061 4001 89



U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, TX 78701
Case 1:24-cv-01076-RP, Exhibit P